IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| EVA NADIA VARGAS PALACIOS, | § | |
| Petitioner, | § § § | |
| v. | § | CAUSE NO. EP-25-CV-552-KC |
| TODD LYONS et al., | § § § | |
| Respondents. | § § | |

### ORDER

On this day, the Court considered the case. On December 3, 2025, the Court granted in part Vargas Palacios' Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Dec. 3, 2025, Order 9, ECF No. 9. Respondents have now informed the Court that Vargas Palacios has been granted release on a $1,500 bond, which she has not yet posted. Status Report, ECF No. 10.

It appears that no matters remain pending for the Court's consideration. *See generally* Pet., ECF No. 1; Dec. 3, 2025, Order. Accordingly, **the Clerk shall close the case**.

**SO ORDERED**.

SIGNED this 11th day of December, 2025.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE